ZACHARY M. CROSNER, ESQ. (SBN 272295)
zach@crosnerlegal.com
BRANDON BROUILLETTE (SBN 273156)
bbrouillette@crosnerlegal.com
CHAD SAUNDERS (SBN 257810)
chad@crosnerlegal.com
**CROSNER LEGAL, PC**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiff SERGIO SUAREZ
As an individual and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SUAREZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA BADGER DAYLIGHTING CORP., a Nevada Corporation; BADGER DAYLIGHTING CORP., a Nevada Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01045-JGB-SP<br><br>**STIPULATION OF DISMISSAL**<br><br>**(FED. R. CIV. PROC. 41(a)(1)(A)(ii))** |

IT IS HEREBY STIPULATED, by and between the parties to the above-captioned action (the "Action"), through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure: (1) Plaintiff Sergio Suarez's individual claims in the Action shall be and hereby are dismissed with prejudice, and (2) that the remainder of the claims in the Action shall be and hereby are dismissed without prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: January 8, 2024     CROSNER LEGAL, P.C.

By: */s/ Chad Saunders*
    Chad Saunders

*Attorneys for Plaintiff Sergio Suarez*

Dated: January 8, 2024     LITTLER MENDELSON, P.C.

By: */s/ Alice Wang*
    Alice Wang

*Attorneys for Defendants*

**Attestation Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i)**

I, Chad Saunders, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Chad Saunders*
    Chad Saunders