ZACHARY M. CROSNER, ESQ. (SBN 272295)
zach@crosnerlegal.com
BRANDON BROUILLETTE (SBN 273156)
bbrouillette@crosnerlegal.com
CHAD SAUNDERS (SBN 257810)
chad@crosnerlegal.com
**CROSNER LEGAL, PC**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
S

Attorneys for Plaintiff SERGIO SUAREZ
As an individual and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SUAREZ, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NEVADA BADGER DAYLIGHTING CORP., a Nevada Corporation; BADGER DAYLIGHTING CORP., a Nevada Corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 5:23-cv-01045-JGB-SP<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

1    Pursuant to the Court's Scheduling Notice [Dkt. 36] , which directs the Parties
2 to file "a proper stipulation and order for dismissal or judgment," and the Parties'
3 Joint Stipulation of Dismissal [Dkt. 37], the Parties have reached a settlement and (1)
4 Plaintiff Sergio Suarez's individual claims in the above-referenced matter (the
5 "Action") are hereby dismissed with prejudice and (2) the remainder of the claims in
6 the Action are hereby dismissed without prejudice. Each party shall bear its own
7 attorneys' fees and costs.
8    IT IS SO ORDERED.

10 Dated: January 30, 2024

    _____
    Hon. Jesus G. Bernal
    United States District Court Judge